GLENN O'CONNOR, B71820
Name and Prisoner/Booking Number

VALLEY STATE PRISON
Place of Confinement

PO BOX 92
Mailing Address

CHOWCHILLA, CA. 93610
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

Scanned at CDCR and E-Mailed
on 4-21-25 by ___
　　(date)　　　(initials)

Number of pages scanned:

_____ 10 _____

**FILED**

Apr 25, 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

GLENN O'CONNOR
(Full Name of Plaintiff)　　　　Plaintiff,

v.

(1) California Department of
(Full Name of Defendant)
(2) Corrections and Rehabilitation,

(3) _____

(4) _____
　　　　　Defendant(s).
☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **1:25-cv-00478-BAM (PC)**
_____
(To be supplied by the Clerk)

## CIVIL RIGHTS COMPLAINT
## BY A PRISONER

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:

    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

    ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).

    ☐ Other: _____.

2. Institution/city where violation occurred: __SATF_____.

## B. DEFENDANTS

1. Name of first Defendant: _CDCR_____. The first Defendant is employed as:
_____at_____.
             (Position and Title)                                             (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as:
_____at_____.
             (Position and Title)                                             (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as:
_____at_____.
             (Position and Title)                                             (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
_____at_____.
             (Position and Title)                                             (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☒ Yes    ☐ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:    _Please see attached list, page 2a_
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
      _____.

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
      _____.

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
      _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

1) GLENN O'CONNOR v. (prison staff) 42 years ago, no documents remain.

2) GLENN O'CONNOR v. W. PEREZ
   Case No. 2-18-CV-01057 DB            SETTLED

3) GLENN O'CONNOR v. CDCR            PLAINTIFF DISMISSED —
   Case No. 2:19-CV-00658 KJM KJN    TOO ILL.

4) GLENN O'CONNOR v. CDCR            Voluntarily
   Case No. 2:19-CV-01867 WBS EFB    withdrawn

5) GLENN O'CONNOR v. PADGETT          SETTLED
   Case No. 2:19-CV-01926 DMC

6) GLENN O'CONNOR v. HOOKS            SETTLED
   Case No. 2:20-CV-00135 CKD

7) GLENN O'CONNOR v. FARHAT           SETTLED
   Case No. 2:21-CV-1570

8) GLENN O'CONNOR v. MATHARV, etc.    PENDING
   Case No. 2:19-CV-2368 AJC PMC

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: Title II of the A.D.A.
and Eighth Amendment of the U.S. Constitution.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☐ Basic necessities  ☐ Mail  ☐ Access to the court  ☐ Medical care
   ☐ Disciplinary proceedings  ☐ Property  ☐ Exercise of religion  ☐ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☒ Other: ADA VIOLATION

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Prisoner Petitioner was placed into Restricted Housing Unit upon reception to SATF. Custody staff refused to permit petitioner to possess his personal rollator Walker inside the large cell. Petitioner was partially paralyzed and had to use the Walker by doctor's orders. Petitioner was at high risk for falls, but had to walk from the bed at the rear of the cell to the front to get his food, medication or use the bathroom. Petitioner was constantly afraid he would fall again.

Petitioner filed an ADA appeal. The ADA Coordinator responded posting a computer generated door sign on petitioner's cell door. It authorized his possession of his prescribed Walker.

Custody staff continued to deny petitioner the Walker.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
Constant state of fear of falling.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim I?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?  ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## CLAIM II

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Claim II.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes   ☐ No
   b. Did you submit a request for administrative relief on Claim II?   ☐ Yes   ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?   ☐ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

**CLAIM III**

1.  State the constitutional or other federal civil right that was violated: _____
_____.

2.  **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
    - ☐ Basic necessities
    - ☐ Disciplinary proceedings
    - ☐ Excessive force by an officer
    - ☐ Mail
    - ☐ Property
    - ☐ Threat to safety
    - ☐ Access to the court
    - ☐ Exercise of religion
    - ☐ Other: _____
    - ☐ Medical care
    - ☐ Retaliation

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☐ No
    b.  Did you submit a request for administrative relief on Claim III?  ☐ Yes  ☐ No
    c.  Did you appeal your request for relief on Claim III to the highest level?  ☐ Yes  ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:

As the prison already changed the offending policy, petitioner seeks monetary damages. As permitted by law, petitioner seeks ten thousand dollars in damages.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____4 – 9 – 25____
           DATE                                      SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.