UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN O'CONNOR,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>    Defendant. | No. 1:25-cv-00478-KES-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(Doc. 9) |

Plaintiff Glenn O'Connor is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 17, 2025, the assigned magistrate judge screened plaintiff's complaint and provided plaintiff with thirty days to file an amended complaint or a notice of voluntary dismissal. Doc. 7. Plaintiff failed to file a first amended complaint or a notice of voluntary dismissal. Thereafter, on September 2, 2025, the assigned magistrate judge issued findings and recommendations, recommending this action be dismissed with prejudice for failure to state a claim, for failure to obey a court order, and for failure to prosecute this action. Doc. 9. Specifically, the magistrate judge found that (1) plaintiff failed to state a claim under the American with Disabilities Act because plaintiff failed to properly plead that he was excluded

1

from participation in, or denied the benefits of, any service or programs offered by the prison because of his disability, or that he was subjected to any type of discrimination by reason of his disability, (2) plaintiff failed to state a claim for deliberate indifference to serious medical needs under the Eighth Amendment because plaintiff failed to allege the claim against an individual defendant, and (3) failed to prosecute the case and failed to obey the Court's order. *Id.* The findings and recommendations were served on plaintiff and contained notice that any objections were to be filed within fourteen days after service. *Id.* at 7-8. The findings and recommendations were returned by mail as "Undeliverable, Return to Sender, Not Deliverable as Addressed" on September 12, 2025. *See* docket. Nevertheless, the Court's service is deemed fully effective pursuant to Local Rule 182(f).[1] As of the date of this order, more than 14 days have passed, and plaintiff has not filed objections to the findings and recommendations.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court finds that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on September 2, 2025, Doc. 9, are adopted in full;
2. This action is dismissed with prejudice.
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    November 9, 2025

UNITED STATES DISTRICT JUDGE

---

[1] Local Rule 183(b) requires that a party appearing pro se keep the Court apprised of their current address. The deadline for plaintiff to notify the Court of his current address under Local Rule 183(b) has expired, and plaintiff has not updated his address.

2